UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DISH NETWORK, L.L.C. and
ECHOSTAR TECHNOLOGIES, L.L.C,
        Plaintiffs

vs                                                  CASE NO. 5:09cv45/RS/MD

ROY BELLAMY,
        Defendant.

## **REPORT AND RECOMMENDATION**

This cause is before the court upon the parties' jointly filed stipulation of dismissal with prejudice. The parties have agreed to settle this matter and request that this action be dismissed with prejudice and without cost to either party.

Accordingly, it is respectfully RECOMMENDED:

That the parties' stipulation of dismissal with prejudice (doc. 17) be GRANTED, and this action be dismissed with prejudice and without cost to either party.

At Pensacola, Florida, this 7th day of August, 2009.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.** See **28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**