IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DISH NETWORK, L.L.C. and
ECHOSTAR TECHNOLOGIES,
L.L.C.,

    Plaintiffs,

vs.                                    CASE NO. 5:09cv45/RS-MD

ROY BELLAMY,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 18). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Parties' Stipulation Of Dismissal With Prejudice (Doc. 17) is granted. This case is dismissed with prejudice and without costs to either party.

3. The clerk is directed to close the file.

**ORDERED** on September 14, 2009.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**